**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carol Tariske,                                      Civil No. 08-3854 (RHK/SRN)

          Plaintiff,                          **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

          Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of

the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned

recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of

Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted

to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card

in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in

the above-captioned case.


Dated:  July 1, 2008

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge